AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Christina Overby )<br>)<br>*Plaintiff* )<br>v. )<br>Advance Care, LLC and Lisa Stroud )<br>)<br>*Defendant* ) | Civil Action No. 3:12CV689 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Stroud
585 Southlake Blvd, Suite B
Richmond, Virginia 23236

FILE COPY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lauren E. Fisher
Shelley & Schulte, P.C.
2020 Monument Avenue
Richmond, Virginia 23220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Christina Overby )<br>)<br>*Plaintiff* )<br>)<br>v. ) Civil Action No. 3:12cv689<br>)<br>Advance Care, LLC and Lisa Stroud )<br>)<br>*Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Advance Care, LLC
Serve Registered Agent: Lisa Stroud
585 Southlake Blvd, Suite B
Richmond, Virginia 23236

FILE COPY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren E. Fisher
Shelley & Schulte, P.C.
2020 Monument Avenue
Richmond, Virginia 23220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2012

*Signature of Clerk or Deputy Clerk*